IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER MICHEAL WEBB                                                         PLAINTIFF

v.                                      Case No. 5:13-CV-05113

SHERIFF TIM HELDER; MAJOR DENZER;
DR. BEAVER; DR. MULLINS; DR. HOWARD;
NURSE RHONDA BRADLEY; NURSE RHONDA
MESCHEDE; and NURSE PEGGY VICKERY                                      DEFENDANTS

**O R D E R**

Currently before the Court is the report and recommendations (Doc. 39) filed in this case on May 12, 2014, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 31) is GRANTED.

Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of June, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE